# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUBERT L. MICHAEL,<br>Petitioner,<br><br>v.<br><br>JOHN E. WETZEL, et al.<br>Respondents. | No. 3:96-CV-1554<br>(capital habeas corpus) |

## ORDER

AND NOW, this 7th day of November 2012, upon consideration of Petitioner's Motion for Certificate of Appealability, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. A Certificate of Appealability is GRANTED.

BY THE COURT:

_____
J.